IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | : | CASE NO.: 4:21-CV-166 (CDL) |
| v. | : | |
| UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, COLLEGE CHECKING ACCOUNT NO. 516927311, IN THE APPROXIMATE AMOUNT OF TWENTY-SIX THOUSAND, ONE HUNDRED THIRTY-FIVE AND 44/100 DOLLARS ($26,135.44), HELD IN THE NAME OF PENELOPE ZBRAVOS; | : | |
| 　　　First-Named Defendant Property, | : | |
| UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, SAVINGS ACCOUNT NO. 3777189375, IN THE APPROXIMATE AMOUNT OF FOUR HUNDRED FIVE THOUSAND, NINETY-SEVEN AND 04/100 DOLLARS ($405,097.04), HELD IN THE NAME OF PENELOPE ZBRAVOS; | : | |
| 　　　Second-Named Defendant Property, | : | |
| UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, SAVINGS ACCOUNT NO. 3905914561, IN THE APPROXIMATE AMOUNT OF FOUR HUNDRED ELEVEN THOUSAND, FOUR HUNDRED SEVENTY-SEVEN AND 53/100 DOLLARS ($411,477.53), HELD IN THE NAME OF PENELOPE ZBRAVOS; | : | |
| 　　　Third-Named Defendant Property, | : | |

| | |
|---|---|
| **UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, SAVINGS ACCOUNT NO. 3777190936, IN THE APPROXIMATE AMOUNT OF FIFTEEN THOUSAND, EIGHT HUNDRED EIGHTY- ONE AND 91/100 DOLLARS ($15,881.91), HELD IN THE NAME OF PENELOPE ZBRAVOS, IN TRUST FOR RITA JEANNIE ZBRAVOS;** | : : : : : : : : : : |
| **Fourth-Named Defendant Property.** | : : |

## WARRANT OF ARREST IN REM

TO:   ANY AUTHORIZED AGENT OF THE
      UNITED STATES SECRET SERVICE

On September 21, 2021, the United States filed a Verified Complaint for Forfeiture in the United States District Court for the Middle District of Georgia, against the following property, to wit:

1.   The First-Named Defendant Property consists of United States funds in an approximate amount of twenty-six thousand, one hundred thirty-five and 44/100 dollars ($26,135.44), contained in JP Morgan Chase Bank, College Checking Account No. 516927311 (Account-1), held in the name of Penelope Zbravos, located at 270 Park Avenue, New York, New York, 10001.

2.   The Second-Named Defendant Property consists of United States funds in an approximate amount of four hundred five thousand, ninety-seven and 04/100 dollars ($405,097.04), contained in JP Morgan Chase Bank, Savings Account No. 3777189375 (Account-2), located at 270 Park Avenue, New York, New York, 10001.

3. The Third-Named Defendant Property consists of United States funds in an approximate amount of four hundred eleven thousand, four hundred seventy-seven and 53/100 dollars ($411,477.53), contained in JP Morgan Chase Bank, Savings Account No. 3905914561 (Account-3), held in the name of Penelope Zbravos, located at 270 Park Avenue, New York, New York, 10001.

4. The Fourth-Named Defendant Property consists of United States funds in an approximate amount of fifteen thousand, eight hundred eighty-one and 91/100dollars ($15,881.91), contained in JP Morgan Chase Bank, Savings Account No. 3777190936 (Account-4), held in the name of Penelope Zbravos, in trust for Rita Jeannie Zbravos, located at 270 Park Avenue, New York, New York, 10001.

(hereinafter collectively referred to as the "Defendant Property");

The Verified Complaint alleges that the Defendant Property is subject to seizure and civil judicial forfeiture to the United States for the reasons set forth in the Verified Complaint and attached Affidavit of Special Agent Joseph Meeks with the United States Secret Service; and prays that process issue for the arrest of the DefendantProperty that is the subject of this action. The Court reviewed the Verified Complaint, including the Affidavit of Special Agent Meeks with the United States Secret Service, and the Government's Motion for Warrant of Arrest *in Rem*, and granted the United States motion, finding, in accordance with RuleG(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the Defendant Property, which is not presently in the Government's possession,

custody or control or subject to a judicial restraining order, is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C). Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

ACCORDINGLY, YOU ARE HEREBY ORDERED to arrest the Defendant Property as soon as practicable by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to detain the same in your custody until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED, this 22ND day of September, 2021.

By: s/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA