# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 4:21-CV-166 (CDL) |
| **DEFENDANT** JP MORGAN CHASE BANK ACCOUNTS | **TYPE OF PROCESS** See Below |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

JP Morgan, Savings Account No. 3905914561, in the approx. amount of $411,477.53

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

United States Attorney's Office- M.D.Ga.
Mike Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 4 |
| CHECK BOX IF SERVICE IS ON USA | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Per the Verified Complaint of Forfeiture and Warrant of Arrest in Rem, please seize and serve the above listed property in accordance with the law.

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant
MICHAEL MORRISON
Digitally signed by MICHAEL MORRISON
Date: 2021.09.22 09:53:29 -04'00'

TELEPHONE NO. 478-752-3511

DATE 09/22/2021

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

District of Origin No._____  District to Serve No._____

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.   DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 092321   TIME OF SERVICE ____ ( ) AM  ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY
PM Valu Rhodes USSS

**REMARKS:** On 09/23/21, $411,477.53 from JP Morgan Bank Account Number 3905914561 was seized.

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 4:21-CV-166 (CDL) |
|---|---|
| DEFENDANT JP MORGAN CHASE BANK ACCOUNTS | TYPE OF PROCESS See Below |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

JP Morgan, Savings Account No. 3777190936, in the approx. amount of $15,881.91

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office- M.D.Ga.
Mike Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 4 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Per the Verified Complaint of Forfeiture and Warrant of Arrest in Rem, please seize and serve the above listed property in accordance with the law.

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant
MICHAEL MORRISON   Digitally signed by MICHAEL MORRISON   Date: 2021.09.22 09:54:11 -04'00'

TELEPHONE NO. 478-752-3511   DATE 09/22/2021

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 09/23/21   TIME OF SERVICE: ___   ( ) AM  ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY: *[signature]* Valdes USSS

REMARKS: On 09/23/21, $15,881.91 from JP Morgan Bank Account Number 3777190936 was seized.

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLANTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 4:21-CV-166 (CDL) |
| **DEFENDANT** JP MORGAN CHASE BANK ACCOUNTS | **TYPE OF PROCESS** See Below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

JP Morgan, College Checking Account No. 516927311, in the approx. amount of $26,135.44

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

United States Attorney's Office- M.D.Ga.
Mike Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 4 |
| CHECK BOX IF SERVICE IS ON USA | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)**

Per the Verified Complaint of Forfeiture and Warrant of Arrest in Rem, please seize and serve the above listed property in accordance with the law.

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant
MICHAEL MORRISON   Digitally signed by MICHAEL MORRISON   Date: 2021.09.22 09:51:55 -04'00'

TELEPHONE NO. 478-752-3511   DATE 09/22/2021

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.   District of Origin No. ___   District to Serve No. ___   SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER   DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 092321   TIME OF SERVICE ___   ( ) AM  ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY [signature]

**REMARKS:** On 09/23/21, $26,135.44 from JP Morgan Bank Account No. 516927311 was seized.

# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 4:21-CV-166 (CDL) |
| **DEFENDANT** JP MORGAN CHASE BANK ACCOUNTS | **TYPE OF PROCESS** See Below |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

JP Morgan, Savings Account No. 3777189375, in the approx. amount of $405,097.04

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office- M.D.Ga.
Mike Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 4 |
| CHECK BOX IF SERVICE IS ON USA | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Per the Verified Complaint of Forfeiture and Warrant of Arrest in Rem, please seize and serve the above listed property in accordance with the law.

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant
MICHAEL MORRISON   Digitally signed by MICHAEL MORRISON   Date: 2021.09.22 09:52:53 -04'00'

TELEPHONE NO. 478-752-3511

DATE 09/22/2021

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.   District of Origin No. ____   District to Serve No. ____   SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.   DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 09/23/21
TIME OF SERVICE: ( ) AM ( ) PM
SIGNATURE, TITLE AND TREASURY AGENCY: PM Valerie Rhodes USSS

**REMARKS:** On 09/23/21, $405,097.04 from JP Morgan Bank Account Number 3777189375 was seized.